# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TOWNSHIP OF RADNOR, | : | No. 560 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| GOSHEN HOLDING COMPANY, INC. AND | : | |
| C.F. HOLLOWAY, III, | : | |
| | : | |
| Petitioners | : | |
| TOWNSHIP OF RADNOR, | : | No. 561 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| GOSHEN HOLDING COMPANY, INC. AND | : | |
| C.F. HOLLOWAY, III, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.